**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-2015**

_____

In Re:  KIRBY LOREN AMLEE,

                    Petitioner.

_____

On Petition for Writ of Mandamus.  (1:09-cv-00550-NCT-DPD;
        1:06-cr-00376-NCT-1; 1:06-cr-00424-NCT-1)

_____

Submitted:  December 17, 2009      Decided:  December 23, 2009

_____

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Kirby Loren Amlee, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kirby Loren Amlee has filed a petition for writ of mandamus seeking an order from this court disqualifying the district court judge. We conclude that Amlee is not entitled to mandamus relief.

Mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Mandamus may not be used as a substitute for appeal. In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979).

The relief sought by Amlee is not available by way of mandamus. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED